## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**VERLYNIN BUCKLEY**                                                                                   **PLAINTIFF**
*#147514*

**v.**                                                 **CASE NO. 4:23-CV-00115-BSM**

**STEVE YOUNG, Sheriff,**
**Lincoln County Sheriff's Office,** *et al.*                                           **DEFENDANTS**

<u>**ORDER**</u>

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 4] is adopted.  Verlynin Buckley's lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted.  An *in forma pauperis* appeal would not be taken in good faith, and it is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 16th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE