IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VERLYNIN BUCKLEY**                                                                   **PLAINTIFF**
*#147514*

v.                   **CASE NO. 4:23-CV-00115-BSM**

**STEVE YOUNG, Sheriff,**
**Lincoln County Sheriff's Office,** *et al.*                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE